ALBERT GROSFELD FURN. IMPTG. & MFG. CO., INC., ET AL. v. UNITED STATES

No. 5666.—Invoices dated Paris, France, September 13, 1937, etc.
    Entered at New York, N. Y., October 1, 1937, etc.
    Entry No. 747540, etc.

(Decided on rehearing June 24, 1942)

*Barnes, Richardson & Colburn* for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

WALKER, Judge: The appeals to reappraisement listed in schedule A, hereto attached and made a part hereof, having been formally abandoned, are hereby dismissed. Judgment will be rendered accordingly.

LILLY DACHE, INC. v. UNITED STATES

No. 5667.—Invoice dated Paris, France, March 2, 1938.
    Certified March 3, 1938.
    Entered at New York, N. Y., March 14, 1938.
    Entry No. 828318.

(Decided on rehearing June 24, 1942)

*Strauss & Hedges* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

WALKER, Judge: This appeal to reappraisement, having been formally abandoned, is hereby dismissed. Judgment will be rendered accordingly.